# United States District Court
## Central District of California

FILED
CLERK, U.S. DISTRICT COURT
06/02/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___GSA___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

LILLIE COLEY, pro se

**Plaintiff**

vs.

Shawn Corey Carter

**Defendant**

Docket No: 2:25:cv-04216
JURY DEMAND(12)

## NOTICE OF WITHDRAWAL of
## Document #7 (*Consent to Proceed Before US Magistrate Judge*)

TO: Clerk of the Court United States and Federal Judge Sherilyn Peace Garnett
350 W 1st Street, Suite 4311. Los Angeles, CA 90012-4565

Shawn Corey Carter
27712 Pacific Coast Highway, Malibu, California 90265

**PLEASE TAKE NOTICE,** To Clerk of the Court United States – Plaintiff Lillie Coley submits this Notice of WITHDRAWAL regarding *"consent to proceed before Magistrate Judge"* ( **docket #7**). At this time the form was **submitted pre-maturely** to the defendant. I also certify that the foregoing statements are true in the Notice of Withdrawal and any willfully false statements, I am subject to punishment.

Sincerely,

*[signature: Lillie M. Coley]*

Lillie M. Coley, PhD

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, I served a true and correct copy of the foregoing Withdrawal of docket #7 on the following party by electronic court system and U.S. Postal Mail.

Shawn C. Carter
27712 Pacific Coast Highway
Malibu, California 90265

Date: June 2, 2025

_____

Lillie M. Coley, PhD
3900 City Ave, Apt. M420
Philadelphia, PA 19131
215-620-0278
Lillie.coley@gmail.com
Plaintiff *In Pro Per*

# CERTIFICATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 11

Under Federal Rule of Civil Procedure 11, by signing below, I/we certify to the best of our knowledge, information, and belief that my Complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_/s/ Lillie M. Coley_

Lillie M. Coley, PhD