Carla M. Wirtschafter (SBN 292142)
Email:  cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone:  (310) 734-5200
Facsimile:   (310) 734-5299

*Attorneys for Defendant*
SHAWN COREY CARTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIE COLEY, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SHAWN COREY CARTER,<br><br>　　　　　Defendant. | Case No.: 2:25-cv-04216-SPG-(MARx)<br><br>*[Assigned to Hon. Sherilyn Peace Garnett, Courtroom 5C]*<br><br>**DEFENDANT SHAWN COREY CARTER'S NOTICE OF RELATED CASE**<br><br>Action Filed:  May 6, 2025<br>Trial Date:     None. |

TO THE HONORABLE COURT AND TO PLAINTIFF LILLIE COLEY, APPEARING PRO SE:

Pursuant to Local Rule 83-1.3.1, Defendant SHAWN COREY CARTER by and through its counsel of record, files this Notice of Related Case. The above referenced matter is related to the matter filed as *Rymir Satterthwaite v. Shawn Corey Carter,* United States District Court for the Central District of California, Case No. 2:25-cv-04251.

This matter and the Satterthwaite action arise from the same happenings and events, call for a determination of the same or substantially related or similar questions of law and fact, and if adjudicated separately, would entail substantial duplication of labor. Both this action and the Satterthwaite action seek to relitigate proceedings in New Jersey and Pennsylvania contending that Defendant is Raymir Satterthwaite's biological father and should be ordered to submit for paternity testing and to pay support. Having lost in those proceedings, Plaintiff and Satterthwaite now separately bring actions in this court asserting the same 5 claims (fraud, abuse of process, intentional infliction of emotional distress, negligent infliction of emotional distress and unjust enrichment) based on the same facts and seeking the same relief. *Compare e.g.* ¶1; Prayer for Relief.

DATED: June 20, 2025

REED SMITH LLP

By: */s/ Carla M. Wirtschafter*
    Carla M. Wirtschafter
    Attorney for Defendant
    SHAWN COREY CARTER