LILLIE COLEY
3900 City Ave., Apt. M420
Phila., PA 19131
Phone: 215-620-0278
Email: Lillie.coley@gmail.com

*IN PRO PER*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIE COLEY, an Individual, | Case No.: 2:25-cv-04216 |
| Plaintiff, | |
| | REPLY TO OPPOSTION OF MOTION FOR CONTINUANCE |
| SHAWN COREY CARTER, an individual, | |
| Defendant. | |

**REPLY TO OPPOSTION MOTION FOR CONTINUANCE
FOR HEARING FOR SEPTEMBER 3, 2025**

# Exhibit A
Email Communication To Docket **#29**
See attached

/s/Lillie Coley

Page **1** of **1**

**LILLIE COLEY <lmcoley@comcast.net>**     8/6/2025 3:52 PM

## Re: Continuance

To cwirtschafter@reedsmith.com <cwirtschafter@reedsmith.com>

Hello,

I our team wants 45 days not 30 days. Let us know your feedback.

Thanks