# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Lillie Coley,**
Plaintiff,
v.
**Shawn Corey Carter**
Defendants.

Case No.: 2:25-cv-04216-SPG

## DECLARATION OF DR. LILLIE M. COLEY

IN SUPPORT OF PLAINTIFF'S - MOTION/OPPOSITION – **Meet and Confer**

I, Lillie Coley, declare as follows:

1. I am the Plaintiff in this action. I have personal knowledge of the matters stated herein and, if called as a witness, I could and would testify competently thereto.

## July 17, 2025 Meet and Confer

2. On July 17, 2025, I participated in a Meet and Confer with Defendant's counsel.
3. Prior to this meeting, counsel only provided me with a one(1)page summary of their grounds for a motion via email (attached hereto as **Exhibit A**).
4. Counsel admitted during the meeting that her motion was not completed.
5. Counsel further stated she was just there to meet the requirement or check the box and that she believed I would not change my position regarding my allegations.

## September 16, 2025 Meet and Confer

6. Prior to the September 16, 2025 Meet and Confer, counsel demanded that I provide her with a final copy of my proposed amended complaint. Copies of her emails are attached hereto as **Exhibit E**.
7. I explained that the amended complaint was not yet completed but would be discussed at the September 16, 2025 meeting. In preparation, I provided counsel with summaries, side-by-side comparisons, and completed causes of action (attached hereto as **Exhibits B, and C**).
8. On the morning of September 16, 2025, several hours before the meeting, I provided Defendant's counsel with the completed causes of action in draft form.
9. At the Meet and Confer itself, I provided counsel with a marked draft of the amended complaint (attached hereto as **Exhibit D**).

10. Despite receiving this draft, counsel refused to discuss the substance of the amended complaint, stating she preferred to review it on her own and insisting that I was required to provide her with an **exact** final copy intended for filing with the Court. These statement seem to unlawful to me.

### Good Faith Efforts

11. I made every effort to participate in the Meet and Confer process in good faith by providing written summaries, side-by-sides, and a draft amended complaint.
12. In contrast, during the July 17, 2025 Meet and Confer, counsel did not provide me with any draft of her motion, yet she expected me to provide a final amended complaint prior to our September 16, 2025 meeting.
13. I believe counsel's refusal to engage on September 16, 2025 demonstrates a lack of good faith participation in the Meet and Confer process.
14. I further believe that I satisfied my obligation to meet and confer under the Local Rules, even if counsel and I disagreed about the manner and extent of materials exchanged.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2025, at [City], California.


s/Dr. Lillie M. Coley
Plaintiff, Pro Se


### [Exhibit Index]

- **Exhibit A** – Three-page summary provided by Defendant's counsel prior to July 17, 2025 Meet and Confer
- **Exhibit B** – Plaintiff's case summaries provided prior to September 16, 2025 Meet and Confer
- **Exhibit C** – Plaintiff's side-by-side comparisons and Plaintiff's completed causes of action (draft form) provided September 16, 2025
- **Exhibit D** – Draft of proposed amended complaint provided at September 16, 2025 meeting
- **Exhibit E** – Emails from Defendant's counsel demanding a final amended complaint prior to September 16, 2025