# Exhibit E

Emails from Defendant's counsel demanding a final amended complaint prior to the September 16, 2025 Meet and Confer

**LILLIE COLEY** <lmcoley@comcast.net>   9/15/2025 10:00 AM

## Re: Motion for Leave to File First Amended Complaint

To Wirtschafter, Carla M. <cwirtschafter@reedsmith.com>   Copy Kahn, Allison L. <akahn@reedsmith.com>

Its not required to provide the entire info as I checked with the court only the draft. We dont have the entire finished but I will send the causes of action in draft form. The allegations are the same.

On 09/15/2025 9:55 AM EDT Wirtschafter, Carla M. <cwirtschafter@reedsmith.com> wrote:

Please send the draft amended complaint for our review as required. Once we review that we will be able to set a time to confer about our position.



**Carla M. Wirtschafter**

+1 310 734 5253

Cwirtschafter@reedsmith.com

**ReedSmith** LLP

1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067

Telephone: +1 310 734 5200 Fax: +1 310 734 5299

*Please consider the environment before printing the contents of this email.*

**From:** LILLIE COLEY <lmcoley@comcast.net>
**Sent:** Monday, September 15, 2025 5:30:09 AM
**To:** Wirtschafter, Carla M. <CWirtschafter@ReedSmith.com>
**Cc:** Kahn, Allison L. <AKahn@reedsmith.com>
**Subject:** Re: Motion for Leave to File First Amended Complaint

External E-Mail - FROM lmcoley@comcast.net <lmcoley@comcast.net>

Hello,

Please find enclosed a Summary with changes to my causes of action, two changes and one added. In addition, we have discussed my amending my complaint at our last meet and confer on August 11, 2025  I just was not sure at that time what I would do. The memo a few days ago was simply a continuation of our last meet and confer discussion. We can still meet and confer again, so if you have any questions about the revised information. As the allegations stayed the same but we refine and clarify existing claims.

 Here is my Zoom link so we can connect at a time that's convenient for you.  Please  let me know your plans by 3pm PST.  I am available anytime today.  Thanks

ZOOM Link - https://us02web.zoom.us/j/81636941258

On 09/13/2025 11:44 AM EDT LILLIE COLEY <lmcoley@comcast.net> wrote:

Please let me know your availability if any to a Meet and Confer on Monday to discuss the subject matter.

Thanks

> On 09/13/2025 11:38 AM EDT LILLIE COLEY <lmcoley@comcast.net> wrote:
>
> Hello,
>
> I intend to file a motion for leave to file a first amended complaint. Are you willing to stipulate to the filing? Let me know and I will reach out on Monday.
>
> Thanks

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

Wirtschafter, Carla M. <cwirtschafter@reedsmith.com>   9/15/2025 12:19 PM

## RE: Motion for Leave to File First Amended Complaint

To LILLIE COLEY <lmcoley@comcast.net>   Copy Kahn, Allison L. <akahn@reedsmith.com>

Hi Lillie – you are incorrect; please review the Court's rules. Regardless, we cannot evaluate our position on an amended complaint unless we see the amended complaint. Is the attached the amended complaint *you plan to file*? If not – what you have provided fails to allow us to see what you plan to change. Please send the draft amended complaint you plan to file for us to review.

Carla

**Carla M. Wirtschafter**
+1 310 734 5253
cwirtschafter@reedsmith.com
ReedSmith LLP
1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067
Telephone: +1 310 734 5200 Fax: +1 310 734 5299

*Please consider the environment before printing the contents of this email.*

**From:** LILLIE COLEY <lmcoley@comcast.net>
**Sent:** Monday, September 15, 2025 8:21 AM
**To:** Wirtschafter, Carla M. <CWirtschafter@ReedSmith.com>
**Cc:** Kahn, Allison L. <AKahn@reedsmith.com>
**Subject:** Re: Motion for Leave to File First Amended Complaint

External E-Mail - FROM lmcoley@comcast.net <lmcoley@comcast.net>

Hello,
Please find a attached another draft of causes of action substance and a side by side comparison as courtesy of differences from old version and new. As stated the allegations are the same but two were updated and 1 added. Please let me know your attentions regarding meet and confer by 3pm today or sooner. So, I can schedule. I have family member under serious doctor care at which I help with caregiving.

Thanks

Local Rule 7-3 of the U.S. District Court for the Central District of California does not address the requirement to show an amended complaint; rather, it mandates that parties meet and confer on the substance of a contemplated motion before filing it. The rule aims to resolve issues without court intervention by requiring counsel to discuss the motion with opposing counsel.

> On 09/15/2025 9:55 AM EDT Wirtschafter, Carla M. <cwirtschafter@reedsmith.com> wrote:

Please send the draft amended complaint for our review as required. Once we review that we will be able to set a time to confer about our position.

**Carla M. Wirtschafter**
+1 310 734 5253
Cwirtschafter@reedsmith.com
**ReedSmith** LLP
1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067
Telephone: +1 310 734 5200 Fax: +1 310 734 5299
*Please consider the environment before printing the contents of this email.*

---

**From:** LILLIE COLEY <lmcoley@comcast.net>
**Sent:** Monday, September 15, 2025 5:30:09 AM
**To:** Wirtschafter, Carla M. <CWirtschafter@ReedSmith.com>
**Cc:** Kahn, Allison L. <AKahn@reedsmith.com>
**Subject:** Re: Motion for Leave to File First Amended Complaint

**External E-Mail - FROM lmcoley@comcast.net** <lmcoley@comcast.net>

Hello,

Please find enclosed a Summary with changes to my causes of action, two changes and one added. In addition, we have discussed my amending my complaint at our last meet and confer on August 11, 2025 I just was not sure at that time what I would do. The memo a few days ago was simply a continuation of our last meet and confer discussion. We can still meet and confer again, so if you have any questions about the revised information. As the allegations stayed the same but we refine and clarify existing claims.

Here is my Zoom link so we can connect at a time that's convenient for you. Please let me know your plans by 3pm PST. I am available anytime today. Thanks

ZOOM Link - https://us02web.zoom.us/j/81636941258

> On 09/13/2025 11:44 AM EDT LILLIE COLEY <lmcoley@comcast.net> wrote:
>
> Please let me know your availability if any to a Meet and Confer on Monday to discuss the subject matter.
>
> Thanks
>
> > On 09/13/2025 11:38 AM EDT LILLIE COLEY <lmcoley@comcast.net> wrote:
> >
> > Hello,
> >
> > I intend to file a motion for leave to file a first amended complaint. Are you willing to stipulate to the filing? Let me know and I will reach out on Monday.
> >
> > Thanks

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

- FAC v8_Draft_Review.pdf (113 KB)