Lillie M. Coley, PhD,
3900 City Avenue Apt M420
Philadelphia, PA 19131
215-620-0278
lmcoley@comcast.net

*Plaintiff In Pro Per*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIE COLEY, an Individual<br><br>        Plaintiff,<br>   vs.<br><br>SHAWN COREY CARTER, an Individual<br><br>        Defendant | Case No.: 2:25-cv-04216-SPG<br><br>**PLAINTIFF'S REQUEST TO DEFER RULING ON DEFENDANT'S MOTION TO DISMISS for October 8, 2025**<br><br>**Assigned to Hon. Sherilyn Peace Garnett, Courtroom 5C** |

**PLAINTIFF'S REQUEST TO DEFER RULING ON DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Lillie Coley, respectfully requests that the Court defer ruling on Defendant's Motion to Dismiss, currently set for hearing on **October 8, 2025**, until after the Court has ruled on Plaintiff's pending **Motion for Leave to File an Amended Complaint**, which is scheduled to be heard on **November 12, 2025 docket 47#**.

Argument

1. **Amended Complaint Will Supersede:** If leave is granted, the Amended Complaint will supersede the current pleading and render the pending motion to dismiss moot.
2. **Judicial Economy:** Deferring the ruling conserves judicial and party resources by avoiding unnecessary litigation of issues that may no longer be relevant.

3. **No Prejudice to Defendant:** Defendant will have full opportunity to challenge the Amended Complaint if leave is granted, and thus will suffer no prejudice by a brief delay.

## Conclusion

For the foregoing reasons, Plaintiff respectfully requests that the Court defer ruling on Defendant's Motion to Dismiss until after the Court has resolved Plaintiff's Motion for Leave to File an Amended Complaint.

s/ Dr. Lillie M. Coley
Lillie M. Coley, PhD
3900 City Avenue Apt M420
Philadelphia, PA 19131
215-620-0278
lmcoley@comcast.net
*Plaintiff In Pro Per*

DATED: September 25, 2025

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing Request to Defer Ruling electronically as required. U.S. Mail sent as courtesy, on September 25, 2025 to the attorney in record for defendant. I also certify that the foregoing statements are true in the Notice. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/Lillie M. Coley, PhD

*In Pro Se*

3900 City Avenue Apt M420

Philadelphia, PA 19131