**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LILLIE COLEY, an individual, | Case No. 2:25-cv-04216-SPG-MAR |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE OF COURT TO FILE DOCUMENTS UNDER SEAL [ECF NO. 67]** |
| v. | |
| SHAWN COREY CARTER, | |
| Defendants. | |

Before the Court is Plaintiff Lillie Coley's ("Plaintiff") Application for Leave of Court to File Documents Under Seal. (ECF No. 67). Plaintiff seeks leave to file four exhibits in support of her motion for reconsideration under seal because several pages contain personally identifying information, third-party names, or unredacted materials. Plaintiff indicates that Defendant has previously filed substantially similar documents under seal in a New Jersey Superior Court action between the two parties.

The Court previously granted Defendant's application to seal other New Jersey family court records, finding that, if disclosed, the records could be used for improper purposes. (ECF No. 65). For the same reasons articulated in that order, the Court finds that there is good cause to seal the requested records. Accordingly, the Court GRANTS Plaintiff's Application and ORDERS as follows:

1. Plaintiff may file Exhibits A, B, D, and E to her motion for reconsideration under seal; and
2. Plaintiff must file redacted public versions of the sealed materials once the redaction process is complete.

**IT IS SO ORDERED.**

Dated: November 14, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE