JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIE COLEY,<br><br>    Plaintiff,<br>  v.<br>SHAWN COREY CARTER,<br><br>    Defendant. | Case No. 2:25-cv-04216-SPG-MAR<br><br>**JUDGMENT** |

  Pursuant to (1) the Court's November 4, 2025, Order Granting Defendant's Motion to Dismiss and Denying Plaintiff's Motion for Leave to Amend, (ECF No. 70), and (2) the Court's Order Denying Plaintiff's Motion for Reconsideration and Granting Defendant's Motion for Attorney's Fees, filed concurrently with this Order,

  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Defendant Shawn Corey Carter and against Plaintiff Lillie Coley on all claims asserted by Plaintiff in her Complaint, (ECF No. 1);
2. Plaintiff shall take nothing from Defendant by reason of her Complaint filed herein; and

3. Pursuant to California Code of Civil Procedure § 425.16(c)(1), Defendant, as the prevailing party on an anti-SLAPP motion, is entitled to recover his attorney's fees and costs in the amount of $119,235.45.

**IT IS SO ORDERED.**

Dated: January 13, 2026



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE