UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIE COLEY, an Individual<br><br>        Plaintiff,<br>vs.<br><br>SHAWN COREY CARTER, an Individual<br><br>        Defendant | Case No.: 2:25-cv-04216-SPG<br><br>NOTICE OF APPEAL<br><br>**Assigned to Hon. Sherilyn Peace Garnett, Courtroom 5C** |

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that **Plaintiff Lillie Coley**, pro se, appeals to the **United States Court of Appeals for the Ninth Circuit** from the following final orders and judgments entered by this Court:

1. **The Order Denying Plaintiff's Motion for Reconsideration and Granting Defendant's Motion for Attorney's Fees**, entered on **January 13, 2026** (ECF No. 106); and
2. **The Final Judgment**, entered on **January 13, 2026** (ECF No. 107).

This appeal is taken pursuant to **28 U.S.C. § 1291** and **Federal Rule of Appellate Procedure 4(a)**.

DATED: January 14, 2026

Respectfully submitted,

s/ Lillie Coley
LILLIE COLEY
Plaintiff, Pro Se
3900 City Avenue Apt M420
Philadelphia, PA 19131
215-620-0278

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Notice of Appeal to be served upon all counsel of record via the Court's CM/ECF electronic filing system and by mail upon any non-registered parties, in accordance with Federal Rules of Civil Procedure 5(b) and Local Rule 5-3.

DATED: ___01/14/26_____

s/Lillie Coley_____
Dr. Lillie M. Coley, PhD
Plaintiff Pro Se

# CLERK'S CERTIFICATION

Pursuant to Federal Rule of Appellate Procedure 3(d), the Clerk of the U.S. District Court for the Central District of California is respectfully requested to transmit a copy of this Notice of Appeal, along with the docket sheet and certified record, to the Clerk of the United States Court of Appeals for the Ninth Circuit.

_____
Deputy Clerk, U.S. District Court
Central District of California


Date: _____