**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LILLIE M. COLEY,
Appellant,

v.                                                      **Docket No. 2:25-cv-04216-SPG-MAR**

Judge Sherilyn Peace Garnett.

SHAWN COREY CARTER
Appellee.

## NOTICE OF PRIOR ADMINISTRATIVE OVERSIGHT SUBMISSION
## AND SUPPORTING DOCUMENTATION

Plaintiff respectfully submits this Notice for the limited purpose of placing on the public record Plaintiff's prior administrative-oversight submission concerning matters related to this action and the subsequent appellate proceedings

1. On or about January 18, 2026, Appellant submitted an Administrative Oversight Notice concerning procedural and jurisdictional issues associated with the underlying proceedings and their relationship to this appeal.

2. The administrative submission was not intended to request that an administrative office decide the merits of the pending appeal or substitute administrative review for judicial appellate review.

3. Rather, Appellant submitted the materials to document and preserve concerns regarding the procedural history, jurisdictional record, and continuing consequences of the proceedings underlying the appeal.

4. Appellant now submits the prior Administrative Oversight Notice and its supporting documentation so that the existence and substance of that prior submission are reflected in the appellate record and available for review in connection with the complete procedural history of this matter.

5. Appellant continues to dispute the validity and legal effect of the underlying judgment and continues to pursue the jurisdictional and other legal issues through the appropriate judicial process.

6. This Notice is submitted for preservation, transparency, and completeness of the record. Appellant does not represent that the prior administrative submission constitutes a judicial finding, ruling, or determination concerning the allegations or issues contained therein.

7. Appellant respectfully requests that the attached Administrative Oversight Notice and supporting documentation be included in the record of this proceeding to the extent permitted by the applicable rules and procedures of this Court.

Appellant reserves all rights, arguments, claims, objections, and remedies presently pending or otherwise available in this appeal and related proceedings.

Respectfully submitted,


s/Lillie M. Coley, PhD
Appellant, Pro Se

Dated: August 7, 2026

# CERTIFICATE OF SERVICE

I hereby certify that on this  7th day of August, 2026, I electronically filed the foregoing **NOTICE OF PRIOR ADMINISTRATIVE OVERSIGHT SUBMISSION AND SUPPORTING DOCUMENTATION** with the Clerk of Court using the CM/ECF system, which automatically serves all counsel of record.


s/Lillie M. Coley
Lillie M. Coley